FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 12, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CHRISTOPHER M.,

          Plaintiff,

  -vs-

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

          Defendant.

No.    2:23-CV-00052-JAG

ORDER GRANTING STIPULATED REMAND

      **BEFORE THE COURT** is the parties' Stipulated Motion to Remand. ECF No. 15. Based on the parties' stipulated motion, this case is reversed and remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge will:

- consider all issues *de novo* and reassess the evidence;
- take any further action needed to complete the administrative record;
- offer the claimant the opportunity for a new hearing; and
- issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

1.    The parties' Stipulated Motion to Remand, **ECF No. 15,** is **GRANTED**.

2.    Based on the stipulation of the parties, the above-captioned case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and consistent with the order above.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, enter a judgment in favor of Plaintiff and **CLOSE** this file.

DATED October 12, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2